**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>v.<br><br>MARCO BARAJAS,<br><br>　　　　Defendant | Case No. 2:22-cr-00255-CDS-EJY<br><br>**ORDER TO CONTINUE GOVERNMENT'S DEADLINE TO RESPOND TO DEFENDANT'S SENTENCING MEMORANDUM**<br><br>(First Request) |

IT IS ORDERED that the parties' stipulation to continue government's deadline to respond to defendant Marco Barajas' Sentencing Memorandum [ECF No. 117] is GRANTED, nunc pro tunc. The deadline is continued from May 3, 2024, to May 6, 2024.

Dated: May 6, 2024

By: _____
HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE