Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
Missouri State Bar No. 42768
411 E. Bonneville Ave.
Las Vegas, Nevada 89101
(702) 388-6577
Laronda_Martin@fd.org

Attorney for Marco Barajas

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MARCO BARAJAS,<br><br>        Defendant. | Case No. 2:22-cr-00255-RFB-EJY<br><br>**Motion for Leave to File Under Seal Defendant's First Supplement to Sentencing Memorandum** |

Undersigned counsel respectfully requests this Court permit the attached First Supplement to Sentencing Memorandum be filed under seal because it provides medical information regarding Marco Barajas's mental and physical health diagnoses and treatment plans. As such, disclosure of the fact and nature of the information in these records are protected by HIPAA.

/ / /

/ / /

/ / /

1
2      For the foregoing reasons, Mr. Barajas respectfully requests leave to file under seal the
3  Sentencing Memorandum and further requests that the Court maintain them under seal.
4      DATED this 30th day of July, 2024.

RENE L. VALLADARES
Federal Public Defender

By:
/s/ LaRonda R. Martin

LARONDA R. MARTIN
Assistant Federal Public Defender
Attorney for Marco Barajas

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
Dated 7/31/2024

2

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on July 30, 2024, he served an electronic copy of the above and foregoing MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANT'S FIRST SUPPLEMENT TO SENTENCING MEMORANDUM by electronic service (ECF) to the person named below:

JASON M. FRIERSON
United States Attorney
JEAN RIPLEY
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

                                         */s/ Jeremy Kip*
                                         Employee of the Federal Public Defender